**CHAMBERS OF**
**WALKER D. MILLER**
UNITED STATES SENIOR DISTRICT JUDGE

901 19th St. A938
DENVER, CO 80294
303/844-2468
FAX 303/335-2299

# MEMORANDUM

TO: Gregory C. Langham, Clerk

FROM: Walker D. Miller, Senior Judge

DATE: February 22, 2010

RE: 10-cr-00096-WDM, *USA v. Aminadal Cordova-Alejo*

Exercising my prerogative as a senior judge, I request that this case be reassigned.